# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand and thirteen.

Before:     Ralph K. Winter,
                *Circuit Judge*.

_____

Ellen Macklin Dimuro, and all others similarly situated, Margaret Ohayon, Dana Stein,

    Plaintiffs-Appellants,

        v.

Clinique Laboratories, LLC, Estee Lauder Companies, Inc.,

    Defendants-Appellees.

_____

**ORDER**
Docket No. 13-4551

    Appellees move for an extension until February 28, 2014 to file their answering brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                        For the Court:

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

